MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, Allianz Life Insurance Company of North America

By: _____
Steven P. Del Mauro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA CANDICE EDELBAUM, | : |
| | : CIVIL ACTION NO. 08-cv-02505 |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| ALLIANZ LIFE INSURANCE | : |
| COMPANY OF NORTH AMERICA | : |
| | : |
| Defendant. | : |
| | : |

## CIVIL ACTION – NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this action for defendant, Allianz Life Insurance Company of North America. I certify that I am admitted to practice in this court.

Dated: April 23, 2008         MCELROY, DEUTSCH, MULVANEY
                              & CARPENTER, LLP
                              Attorneys for defendant, Allianz Life Insurance
                              Company of North America

                              By: _____
                                  Steven P. Del Mauro, Esq.