MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, Allianz Life Insurance Company of North America

By: _____
　　　Steven P. Del Mauro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA CANDICE EDELBAUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIANZ LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>　　　　Defendant. | CIVIL ACTION NO. 08-cv-02505 |

CIVIL ACTION – ACKNOWLEDGEMENT OF RECEIPT AND SERVICE OF
SUMMONS AND COMPLAINT

I, STEVEN P. DEL MAURO, Esq. am hereby authorized to acknowledge and accept service of Summons and Complaint on this 22nd day of April, 2008.

　　　　　　　　　　　　McElroy, Deutsch, Mulvaney & Carpenter, LLP
　　　　　　　　　　　　　　Attorneys for Defendant, Allianz Life
　　　　　　　　　　　　　　Insurance Company of North America

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Steve P. Del Mauro

Dated: April 21, 2008