MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, Allianz Life Insurance Company of North America

By: _____
    Steven P. Del Mauro



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA CANDICE EDELBAUM, | |
| Plaintiff, | CIVIL ACTION NO. 08-cv-02505 |
| vs. | |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendant. | |

### CIVIL ACTION – STIPULATION AND ORDER

The undersigned attorneys for plaintiff, Norma Candice Edelbaum and defendant, Allianz Life Insurance Company of North America, hereby agree and stipulate that the time in which the said defendant may file an answer, move or otherwise respond to the complaint be and the same hereby is extended to May 23, 2008.

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attorneys for Defendant,
Allianz Life Insurance Company of North America

By: _____
    Steve P. Del Mauro

Law Office of David A. Zelman
Attorney for Plaintiff,
Norma Candice Edelbaum

By: _____
    David Zelman

Dated: April 23, 2008    JUN 0 3 2008

So Ordered: _____
              **HON. GEORGE B. DANIELS**