USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____ JUN 0 3 2008
DATE FILED: ___ JUN 0 3 2008

**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3072

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

JUN 0 3 2008

Via Fax: 212 805-6737
Honorable George P. Daniels
United States District Court
Southern District of New York
U.S. Courthouse, Room 630
500 Pearl Street
New York, New York 10007-1312

June 1, 2008

Re: Edelbaum v. Allianz
**CV 08-02505**

Honorable George P. Daniels:

I am the attorney for the plaintiff in the above action. Defendant Allianz Life Insurance Company of North America filed a motion to dismiss on May 20, 2008. Defense counsel has consented to plaintiff submitting her opposition thereto on or before June 16, 2008.

I ask that the Court so-order this stipulation and/or mark the Court's calendar accordingly.

Thank-you for your consideration.

Very Yours Truly,

David Zelman, Esq.

Via Fax: 973-425-0161
Steven P. Del Mauro, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO BOX 2075
Morristown, New Jersey 07962-2075